IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00404-RPM-BNB

PATRICIA A. JACKSON,

Plaintiff,

v.

COLORADO ACADEMY,

Defendant.

_____

## ORDER
_____

I have reviewed the confidential settlement letters and spoken to counsel for both parties. Based on that inquiry, it is apparent to me, and counsel agree, that a settlement conference at this time would be futile and a waste of resources.

IT IS ORDERED that the settlement conference set for January 26, 2012, at 1:30 p.m., is VACATED.

Dated January 25, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge