IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00404-RPM

PATRICIA A. JACKSON,

    Plaintiff,

v.

COLORADO ACADEMY,

    Defendant.

_____

ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
_____

After review of the Defendant's Motion for Summary Judgment and the papers filed in support and opposition to that motion, the Court finds and concludes that the plaintiff has shown sufficient admissible evidence to support a finding that the termination of the plaintiff's employment on January 27, 2010, by letter signed by Jesse Schumacher, Director of Operations, was motivated by racial and gender discrimination.  Accordingly, it is

ORDERED that the defendant's motion for summary judgment is denied.

DATED: April 2nd, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge