IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00404-RPM

PATRICIA A. JACKSON,

 Plaintiff,

v.

COLORADO ACADEMY,

 Defendant.

___

ORDER FOR PRETRIAL CONFERENCE
___

 Upon review of the proposed final pretrial order, submitted on March 30, 2012, and because of the number of "may call" witnesses identified and the need for a discussion of the scope of the evidence to be presented at trial, it is

 ORDERED that a final pretrial conference will be held at a time to be set after consultation with counsel.

 DATED: April 2nd, 2012

        BY THE COURT:

        s/Richard P. Matsch
        ___
        Richard P. Matsch, Senior District Judge