IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00404-RPM

PATRICIA A. JACKSON,

    Plaintiff,

v.

COLORADO ACADEMY,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

Pursuant to the Stipulation to Dismiss with Prejudice filed today, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own fees and costs.

DATED: April 24th, 2012

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge